# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHMIR SINGH, | 1:08-cv-01181-DLB (HC) |
| Petitioner, | |
| v. | <u>ORDER OF TRANSFER</u> |
| MICHAEL CHERTOFF, et.al., | |
| Respondents. | |

     Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

     In this case, Petitioner is challenging his detention as being in violation of the Due Process Clause of the Fifth Amendment to the U.S. Constitution. The proper venue for challenging the validity of his detention, is the district court in the jurisdiction in which he is currently detained. Petitioner is detained in the Yuba County Jail, in Maryville, California, which is in the Eastern District of California, Sacramento Division. Therefore, the petition

should have been filed in the United States District Court for the Eastern District of California, Sacramento Division.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.1974).

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Eastern District of California, Sacramento Division.

    IT IS SO ORDERED.

**Dated:   September 3, 2008**                /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE